**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 12, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00164-CR

## EX PARTE SAMUEL RICKNER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1619733**

## M E M O R A N D U M   O P I N I O N

Appellant Samuel Rickner has signed and filed a written motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant

Do Not Publish – Tex. R. App. P. 47.2(b)